Nicholas H. Patton, Patton, Tidwell & Schroeder, L.L.P., Texarkana, TX, for Plaintiff–Appellant.

Brad M. Scheller, Morgan & Finnegan, LLP, New York, NY, for Defendants–Appellees.

ON MOTION

*ORDER*

Upon consideration of Kawasaki Heavy Industries, Ltd.'s unopposed motion to withdraw this appeal, *Kawasaki Heavy Industries, Ltd. v. Bombardier Recreational Products, Inc.*, case no. 06–CV–0222, (E.D.Tex.),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

ON MOTION

*ORDER*

Upon consideration of the parties' joint motion to remand this case, *Roche Palo Alto LLC v. Ranbaxy Laboratories Limited and Ranbaxy. Inc.*, to the United States District Court for the District of New Jersey, case no. 06–CV–2003, for further proceedings consistent with the settlement agreement reached by the parties, and specifically to allow the District Court to consider granting the parties' motion for vacatur,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**ROCHE PALO ALTO LLC,**
**Plaintiff–Appellant,**

v.

**RANBAXY LABORATORIES LIMITED and Ranbaxy, Inc.,**
**Defendants–Cross Appellants.**

Nos. 2010–1056, 2010–1101.

United States Court of Appeals, Federal Circuit.

Aug. 24, 2010.

**Rose M. DEWS–MILLER,**
**Plaintiff–Appellant,**

v.

**Hillary CLINTON, Secretary of State, Defendant–Appellee.**

No. 2010–1387.

United States Court of Appeals, Federal Circuit.

Aug. 26, 2010.